Served on the _____ day of _____
200__, at _____ _____.M. by ID #0780715
Private Process      JUN 2 8 2006

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Western | District of | Texas |

Emily L. Cameron

**SUMMONS IN A CIVIL ACTION**

V.

OFFICER STEVE CHRISTIAN, et al.

CASE NUMBER:   SA 06 CA 0325

FILED

JUL 2 0 2006

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY CLERK

TO: (Name and address of Defendant)

City of San Antonio
c/o City Clerk
100 Military Plaza, 2nd Floor
San Antonio, TX 78205

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Blake Horwitz
Law Offices of Blake Horwitz
155 N. Michigan Ave., Suite 714  723
Chicago, IL 60601

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JUN 1 2 2006

William G. Putnicki

CLERK _____

(By) DEPUTY CLERK

DATE

%AO 440  (Rev. 8/01)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  JUN 2 8 2006   AT 11:06 AM | |
| NAME OF SERVER (PRINT)  ROBERT A. NEFF | TITLE  CIVIL PROCESS SERVER | |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: (LETECIA M. VACEK)
100 MILITARY PLAZA (FLORES ST.)
SAN ANTONIO, TX 78205

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  06/28/2006
                  Date

Signature of Server

10322 COUNTRY VISTA
Address of Server
SAN ANTONIO, TX 78240

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.